THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, *v.* BELT LINE RAILWAY CORPORATION, Respondent.

(Submitted January 10, 1921; decided January 18, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 230 N. Y. 86.)